IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FITTRACK, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYPERZOO TECHNOLOGY LTD., a UK entity, SHENZHEN DINGKA TECHNOLOGY CO., LTD, a Chinese entity, and THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 23-cv-014623 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Jeffrey Cole** <br><br> JURY TRIAL DEMANDED |

## JOINT INITIAL STATUS REPORT

Plaintiff notes that both counsel for Plaintiff and Defendant bookmarkdeals had a phone conversation and an email exchange regarding this Joint Initial Status Report, however, Defense counsel has not approved the final version of this report. While Plaintiff's counsel is confident the below reflects its discussions with Defenses counsel, it wanted to note why Defense counsel's signature is not on present at the end of the document.

1. The Nature of the Case:

    A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.

    **Response by Plaintiff:**

    Edward L. Bishop, (847) 925-9637, ebishop@bdl-iplaw.com, Bishop Diehl & Lee, Ltd., 1475 E. Woodfield Rd, Suite 800, Schaumburg, IL 60173

    Nicholas S. Lee, (847) 925-9638, nlee@bdl-iplaw.com, Bishop Diehl & Lee, Ltd., 1475 E. Woodfield Rd, Suite 800, Schaumburg, IL 60173

    Benjamin A. Campbell, (847) 969-9173, bcampbell@bdl-iplaw.com, Bishop Diehl & Lee, Ltd., 1475 E. Woodfield Rd, Suite

800, Schaumburg, IL 60173

Sameeul Haque, (847) 401-6113, shaque@bdl-iplaw.com, Bishop Diehl & Lee, Ltd., 1475 E. Woodfield Rd, Suite 800, Schaumburg, IL 60173

**Response by Defendant, bookmarkdeals:**

Robert D. Kreisman
Kreisman Law Offices
55 West Monroe Street, Suite 3700
Chicago, IL  60603-5066
312-346-0045
bob@robertkreisman.com

B. Basis for Federal Jurisdiction.

This Court has subject matter jurisdiction over Plaintiff's claims pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331.

C. Describe the nature of the claims asserted in the complaint and any counterclaims, including relief sought.

Plaintiff asserts a claim for trademark infringement and counterfeiting, false designation of origin, unfair competition under Illinois law, violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, and violation of the Illinois Deceptive Trade Practices Act. Plaintiff seeks both monetary and equitable relief, in the form of an injunction. Defendant does not assert any counterclaims.

2. Pending Motions and Case Plan

At this time, both parties feel as though they are very close to a settlement and do not think they should proceed with discovery. The parties are seeking two weeks to reach a settlement or they will meet and confer and submit a proposed discovery plan such time.

Should the need arise, Plaintiff has requested a jury trial, which would not take longer than one day.

3. Consent to Proceed Before a United States Magistrate Judge:

**Response by Parties**:  No

4. Status of Settlement Discussions:

Both parties have engaged in fruitful settlement discussions and believe a settlement is very close to being reached, and thus request an additional two weeks before proposing discovery plan. The parties do not wish to have a settlement conference before the Magistrate Judge.

| | |
|---|---|
| January 31, 2024 | Respectfully submitted, |

/s/ Sameeul Haque
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Cambpell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone: (847) 969-9123
Facsimile: (847) 969-9124

*Counsel for Plaintiff, NuWave LLC*

/s/
Robert D. Kreisman
Kreisman Law Offices
55 West Monroe Street, Suite 3700
Chicago, IL  60603-5066
312-346-0045
bob@robertkreisman.com

*Counsel for Defendant bookmarkdeals*